UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-200-GWF |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| FRED OAXACA, ET AL., | |
| Defendants. | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter as to Defendants FRED OAXACA, LUIS CUEVAS, and MARTIN CUEVAS, currently scheduled for September 8, 2016, at the hour of 4:00 p.m., be vacated and continued to ___October 11, 2016___, 2016 at the hour of ___4:00___ __p__.m.

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

4