SIGAL CHATTAH
United States Attorney
District of Nevada 8264
Nevada Bar Number

CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar Number 8428
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRED OAXACA,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00348-RFB-1<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO AUTHORIZE PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |

　　The parties hereby stipulate to the withdrawal of the United States' Motion to Authorize Payment from the Federal Bureau of Investigation, (Document 177) filed with the Court on March 27, 2025.

　　Respectfully submitted this 22nd day of April, 2025.

UNITED STATES OF AMERICA

_____
SIGAL CHATTAH
United States Attorney
CYBILL L. DOTSON
Assistant U.S. Attorney
Attorneys for Plaintiff

BROWN MISHLER, PLLC

_____
CHRISTOPHER MISHLER, ESQ.
Attorney for Defendant *Fred Oaxaca*

1

## ORDER

IT IS HEREBY ORDERED that the United States' Motion to Authorize Payment from Federal Bureau of Investigation shall be withdrawn and vacated.

DATED: April 23, 2025.

																			_____
																			RICHARD F. BOULWARE, II
																			UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of April, 2025, I served all the parties in this case the **STIPULATION AND ORDER TO WITHDRAW MOTION TO AUTHORIZE PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** by CM/ECF, as follows:

Christopher Mishler, Esq.
BROWN MISHLER, PLLC
911 N. Buffalo Drive, Ste. 202
Las Vegas, Nevada 89128
Attorney for Defendant
*Fred Oaxaca*

<u>Interested Party:</u>
Federal Bureau of Investigation
Las Vegas Division
Attn: Iris Ducosin
1787 West Lake Mead Boulevard
Las Vegas, NV 89106

PAUL MILLER
Paralegal Specialist